ORM C9B
ECB999695 – EMERY CELLI BRINCKERHOFF & ABADY LLP

### UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

Index No: 08 CV 4442
Date Filed: 05/12/2008
Office No:
Court Date:

HILDA LIVERMORE,

    PLAINTIFF
    – vs. –

THE CITY OF NEW YORK ET AL,

    DEFENDANT

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

IAN ELLISON being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on 08/12/2008 at 10:25AM at 49–04 19TH AVE , ASTORIA, NY 11105, I served a true copy of the SUMMONS AND COMPLAINT JUDGES RULES JURY TRIAL DEMAND upon PRISON HEALTH SERVICES, INC. the DEFENDANT therein named by delivering to, and leaving personally with SANDY DIAZ, AUTHORIZED TO ACCEPT, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

SEX: FEMALE        COLOR: BROWN        HAIR: BROWN
APP. AGE: 28        APP. HT: 5'4        APP. WT: 125
OTHER IDENTIFYING FEATURES:

Sworn to before me on 08/13/2008.


HARVEY TAUBER
Notary Public, State Of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

IAN ELLISON – 1278415
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP