S – SUBSTITUTE SERVICE / MAILING AT BUSINESS
ECB999694 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

Index No: 08 CV 4442
Date Filed: / /
Office No:
Court Date:

HILDA LIVERMORE,
   PLAINTIFF
– vs. –

THE CITY OF NEW YORK ET AL,
   DEFENDANT

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

IAN ELLISON being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the SUMMONS AND COMPLAINT JUDGES RULES JURY TRIAL DEMAND upon the DEFENDANT REBECCA PINNEY, GROUP VICE PRESIDENT OF OPERATIONS PRISON HEALTH SERVICES, INC on 08/12/2008 at 10:25AM at 49-04 19TH AVE , ASTORIA, NY 11105 actual place of business of the DEFENDANT by delivering thereat a true copy to SANDY DIAZ, CO-WORKER OF THE DEFENDANT, a person of suitable age and discretion whose approximate description is as follows:

SEX: FEMALE        COLOR: BROWN        HAIR: BROWN
APP. AGE: 28       APP. HT: 5'4        APP. WT: 125
OTHER IDENTIFYING FEATURES:

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on 08/13/2008 by first class mail to:

**REBECCA PINNEY, GROUP VICE PRESIDENT OF OPERATIONS PRISON HEALTH SERVICES, INC**
**49-04 19TH AVE , ASTORIA, NY 11105**

That address being **actual place of business of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on **08/13/2008**.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

IAN ELLISON – 1278415
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP