S – SUBSTITUTE SERVICE / MAILING AT BUSINESS
ECB999691 – EMERY CELLI BRINCKERHOFF & ABADY LLP

UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

Index No: 08 CV 4442
Date Filed: / /
Office No:
Court Date:

HILDA LIVERMORE,
    PLAINTIFF
– vs. –

THE CITY OF NEW YORK ET AL,
    DEFENDANT

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

IAN ELLISON being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the SUMMONS AND COMPLAINT JUDGES RULES JURY TRIAL DEMAND upon the DEFENDANT CAPTAIN SHARON SUMPTER SHIELD #1370 on 08/13/2008 at 12:05PM at 125 WHITE STREET % Manhattan Detention Complex, NEW YORK, NY 10013 actual place of business of the DEFENDANT by delivering thereat a true copy to OFFICER ' JANE' BURRUS, CO-WORKER OF THE DEFENDANT, a person of suitable age and discretion whose approximate description is as follows:

SEX: FEMALE     COLOR: BROWN     HAIR: BLACK
APP. AGE: 35     APP. HT: 5'1     APP. WT: 135
OTHER IDENTIFYING FEATURES:

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on 08/13/2008 by first class mail to:

CAPTAIN SHARON SUMPTER SHIELD #1370
125 WHITE STREET % Manhattan Detention Complex, NEW YORK, NY 10013

That address being actual place of business of the DEFENDANT, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on 08/13/2008.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

IAN ELLISON – 1278415
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
ML