FORM C9B
IECB999697 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

HILDA LIVERMORE,

    PLAINTIFF
– vs. –

THE CITY OF NEW YORK ET AL,

    DEFENDANT

Index No: 08 CV 4442
Date Filed: 05/12/2008
Office No:
Court Date:

STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

DAVID GOLDBERG being duly sworn, deposes and says;

I am over the age of 18 years, not a party to this action, and reside in the State of New York.

That on 08/12/2008 at 1:53PM at 100 CHURCH STREET – 4TH FL , NEW YORK, NY 10007, I served a true copy of the SUMMONS AND COMPLAINT JUDGES RULES JURY TRIAL DEMAND upon THE CITY OF NEW YORK the DEFENDANT therein named by delivering to, and leaving personally with SORAYA BONIT, AUTHORIZED TO ACCEPT, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| | | |
|---|---|---|
| SEX: FEMALE | COLOR: BLACK | HAIR: BLACK |
| APP. AGE: 44 | APP. HT: 5'4 | APP. WT: 120 |

OTHER IDENTIFYING FEATURES: GLASSES

Sworn to before me on 08/13/2008.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP