.5 – SUBSTITUTE SERVICE / MAILING AT BUSINESS
IECB999696 – EMERY CELLI BRINCKERHOFF & ABADY LLP

## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

HILDA LIVERMORE,
    PLAINTIFF
— vs. —

THE CITY OF NEW YORK ET AL,
    DEFENDANT

Index No: 08 CV 4442
Date Filed: / /
Office No:
Court Date:

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

DAVID GOLDBERG being duly sworn, deposes and says;

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the SUMMONS AND COMPLAINT JUDGES RULES JURY TRIAL DEMAND upon the DEFENDANT MARTIN F HORN on 08/12/2008 at 9:56AM at 60 HUDSON ST – 6TH FL DEPT. OF CORRECTIONS, NEW YORK, NY 10007 actual place of business of the DEFENDANT by delivering thereat a true copy to MARTIN DANIELS, CO-WORKER OF THE DEFENDANT, a person of suitable age and discretion whose approximate description is as follows:

    SEX: MALE    COLOR: WHITE    HAIR: BROWN
    APP. AGE: 55    APP. HT: 5'10    APP. WT: 180
    OTHER IDENTIFYING FEATURES: GLASSES

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on 08/13/2008 by first class mail to:

MARTIN F HORN
60 HUDSON ST – 6TH FL DEPT. OF CORRECTIONS, NEW YORK, NY 10007

That address being **actual place of business of the DEFENDANT**, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on 08/13/2008.

HARVEY TAUBER
Notary Public, State of New York
No. 01TA4667012
Qualified in BRONX
Commission Expires 12/31/2010

DAVID GOLDBERG – 916033
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
AP