## UNITED STATES SOUTHERN DIST. COURT – NEW YORK COUNTY

HILDA LIVERMORE,
    PLAINTIFF

– vs. –

THE CITY OF NEW YORK ET AL,
    DEFENDANT

Index No: 08 CV 4442
Date Filed: / /
Office No:
Court Date:

STATE OF NEW YORK COUNTY OF NEW YORK :SS:

IAN ELLISON being duly sworn, deposes and says:

I AM OVER THE AGE OF 18 YEARS AND RESIDE IN THE STATE OF NEW YORK.

Deponent served the **SUMMONS AND COMPLAINT JUDGES RULES JURY TRIAL DEMAND** upon the DEFENDANT ROBERTO CHAVEZ, MENTAL HEALTH CLINICIAN on 08/14/2008 at 11:30AM at 49-04 19TH AVE , ASTORIA, NY 11105 actual place of business of the DEFENDANT by delivering thereat a true copy to SANDY DIAZ, CO-WORKER OF THE DEFENDANT, a person of suitable age and discretion whose approximate description is as follows:

    SEX: FEMALE    COLOR: BROWN    HAIR: BROWN
    APP. AGE: 28    APP. HT: 5'4    APP. WT: 130
    OTHER IDENTIFYING FEATURES:

Deponent also mailed a copy of same in an official depository under the exclusive care and custody of the United States Post Office Department within New York State on 08/15/2008 by first class mail to:

ROBERTO CHAVEZ, MENTAL HEALTH CLINICIAN
49-04 19TH AVE , ASTORIA, NY 11105

That address being actual place of business of the DEFENDANT, in an envelope bearing the legend "PERSONAL AND CONFIDENTIAL", and not indicating on the outside thereof, by return address or otherwise that said notice is from an attorney or concerns an action against the person served.

Sworn to before me on 08/15/2008.

NEIL SIMENSKY
Notary Public, State of New York
No. 01SI4767841
Qualified in NEW YORK
Commission Expires 12/31/2010

IAN ELLISON – 1278415
AAA ATTORNEY SERVICE CO. OF NY, INC.
20 VESEY ST., ROOM 1110
NEW YORK, NY 10007
LR